## IN THE UNITED STATES DICTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of JOSEPH ANDREWS, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHEN ANDREW BAILEY;<br>HUEY HOSS MACK, and<br>TOWN OF LOXLEY,<br><br>    Defendants. | CASE NO.: CV-2021-194 |

## NOTICE OF REMOVAL

Defendants Stephen Andrew Bailey, Huey Hoss Mack and the Town of Loxley hereby give notice of the removal of this action from the Circuit Court of Baldwin County to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

1. This case was filed in the Circuit Court of Baldwin County, Alabama, on April 1, 2021.

2. Plaintiffs assert claims against these Defendants for alleged violations of the Constitution of the United States and these claims are brought pursuant to 42 U.S.C. § 1983. Plaintiffs also assert state law wrongful death claims against these same Defendants arising out of the same facts and circumstances as the claims brought pursuant to 42 U.S.C. § 1983.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331; therefore, this action is removable pursuant to 28 U.S.C. § 1441(a).

4.	Since this Court has original jurisdiction over the federal claims asserted in the Complaint, the Court also has supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(a).

5.	Pursuant to 28 U.S.C. § 1441(a), the case is removable, and the Court has jurisdiction over the claims asserted in the Complaint. Filed concurrently herewith are copies of all process, pleadings, and orders served upon these Defendants in compliance with 28 U.S.C. § 1446(a).

6.	This Notice of Removal is signed by counsel for the above-named Defendants pursuant to Rule 11 of the *Federal Rules of Civil Procedure*.

*/s/ Thomas O. Gaillard, III*
THOMAS O. GAILLARD, III (GAILT9459)
*Attorney for Defendants Stephen Andrew Bailey and Town of Loxley*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL  36652
(251) 432-5521
(251) 432-0633 Fax
E-mail: tog@helmsinglaw.com

*/s/ J. Randall McNeill [w- Consent]*
J. RANDALL McNEILL (ASB-4841-E29J)
*Attorney for Defendant Huey Hoss Mack*

**OF COUNSEL:**
WEBB McNEILL WALKER, P.C.
PO Box 240909
Montgomery, AL 36124
(334) 262-1850
(334) 262-1889 Fax
Email: rmcneill@wmwfirm.com

## **CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this the 20th day of April 2021, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following undersigned counsel of record:

Britt V. Bethea, Esquire  (*BBethea@GreenePhillips.com*)
J. David Greene, Esquire  (*JDGreene@GreenePhillips.com*)
*Attorneys for Plaintiffs*

              */s/ Thomas O. Gaillard, III*
              OF COUNSEL