# IN THE UNITED STATES DICTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of JOSEPH ANDREWS, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN ANDREW BAILEY; HUEY HOSS MACK, and TOWN OF LOXLEY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) **CASE NO.: CV-2021-194** ) ) ) ) ) |

## NOTICE OF FILING

Pursuant to 28 U.S.C. § 1446(a), Defendants Stephen Andrew Bailey, Huey Hoss Mack and the Town of Loxley file herewith copies of all process, pleadings, and orders served upon these Defendants in Civil Action No. CV-2021-900354 in the Circuit Court of Baldwin County, Alabama, which said action has been removed to this Court.

                                                   */s/ Thomas O. Gaillard, III*
                                                   THOMAS O. GAILLARD, III (GAILT9459)
                                                   *Attorney for Defendants Stephen Andrew*
                                                   *Bailey and Town of Loxley*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL  36652
(251) 432-5521
(251) 432-0633 Fax
E-mail: tog@helmsinglaw.com

                                                  */s/ J. Randall McNeill [w- Consent]*
                                                  J. RANDALL McNEILL (ASB-4841-E29J)
                                                  *Attorney for Defendant Huey Hoss Mack*

**OF COUNSEL:**
WEBB McNEILL WALKER, P.C.
PO Box 240909
Montgomery, AL 36124
(334) 262-1850
(334) 262-1889 Fax
Email: rmcneill@wmwfirm.com

### CERTIFICATE OF SERVICE

      I do hereby certify that I have on this the 20th day of April 2021, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following undersigned counsel of record:

Britt V. Bethea, Esquire      (*BBethea@GreenePhillips.com*)
J. David Greene, Esquire     (*JDGreene@GreenePhillips.com*)
*Attorneys for Plaintiffs*

                                                  */s/ Thomas O. Gaillard, III*
                                                  OF COUNSEL