# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: THOMAS GAILLARD**



County: **05**    Case Number: **CV-2021-900354.00**    Court Action:

Style: **DOLORES ANDREWS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KEVIN AND**

**Real Time**

## Case

### Case Information

| | | |
|---|---|---|
| County: **05-BALDWIN** | Case Number: **CV-2021-900354.00** | Judge: **JCS:J. CLARK STANKOSKI** |
| Style: **DOLORES ANDREWS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KEVIN AND** | | |
| Filed: **04/01/2021** | Case Status: **ACTIVE** | Case Type: **WRONGFUL DEATH** |
| Trial Type: **JURY** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **2** | No of Defendants: **3** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subpoenas: | Last Update: **04/01/2021** | Updated By: **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - KEVIN ANDREWS, DECEASED DOLORES ANDREWS, AS PERSON

#### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **KEVIN ANDREWS, DECEASED DOLORES ANDREWS, AS PERSON** | Type: **I-INDIVIDUAL** |
| Index: **D BAILEY STEPH** | Alt Name: | Hardship: **No**   JID: **JCS** |
| Address 1: **1064 MEADE AVENUE** | | Phone: **(334) 000-0000** |



| | | | | | |
|---|---|---|---|---|---|
| Address 2: | | | | | |
| City: | **SAN DIEGO** | State: | **CA** | Zip: | **92116-0000** Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: **F** | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BET012 | | BETHEA BRITT VENTSON | BBETHEA@GREENEPHILLIPS.COM | (251) 478-1115 |
| Attorney 2 | GRE081 | | GREENE JAMES DAVID JR. | JDGREENE@GREENEPHILLIPS.COM | (251) 478-1115 |

### Party 2 - Plaintiff INDIVIDUAL - ESTATE OF JOSEPH ANDREWS, DECEASED SARA A. JONES,

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C002-Plaintiff** | Name: | **ESTATE OF JOSEPH ANDREWS, DECEASED SARA A. JONES,** | Type: | **I-INDIVIDUAL** |
| Index: | **D BAILEY STEPH** | Alt Name: | | Hardship: **No** | JID: **JCS** |
| Address 1: | **534 MARSH CIRCLE** | | | Phone: **(334) 000-0000** | |
| Address 2: | | | | | |
| City: | **SAINT SIMONS I** | State: | **GA** | Zip: **31522-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: **F** | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BET012 | | BETHEA BRITT VENTSON | BBETHEA@GREENEPHILLIPS.COM | (251) 478-1115 |
| Attorney 2 | GRE081 | | GREENE JAMES DAVID JR. | JDGREENE@GREENEPHILLIPS.COM | (251) 478-1115 |

## Party 3 - Defendant INDIVIDUAL - BAILEY STEPHEN ANDREW

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | BAILEY STEPHEN ANDREW | Type: | I-INDIVIDUAL |
| Index: | C KEVIN ANDREW | Alt Name: | | Hardship: No | JID: JCS |
| Address 1: | 39800 STATE HIGHWAY 225 | | | Phone: | (334) 000-0000 |
| Address 2: | | | | | |
| City: | BAY MINETTE | State: | AL | Zip: 36507-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: M | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | 04/01/2021 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant INDIVIDUAL - MACK HUEY HOSS

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | MACK HUEY HOSS | Type: | I-INDIVIDUAL |
| Index: | C KEVIN ANDREW | Alt Name: | | Hardship: No | JID: JCS |
| Address 1: | 16751 EBENEZER DRIVE | | | Phone: | (334) 000-0000 |
| Address 2: | | | | | |
| City: | SILVERHILL | State: | AL | Zip: 36576-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: M | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: 04/01/2021 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 04/08/2021 | Service Type: C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

**Party 5 - Defendant BUSINESS - TOWN OF LOXLEY**

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: D003-Defendant | Name: TOWN OF LOXLEY | | | Type: | B-BUSINESS |
| Index: C KEVIN ANDREW | Alt Name: | | Hardship: No | JID: | JCS |
| Address 1: C/O CITY CLERK | | | Phone: (334) 000-0000 | | |
| Address 2: 1089 S. HICKORY LANE | | | | | |
| City: LOXLEY | State: AL | | Zip: 36551-0000 | Country: | US |
| SSN: XXX-XX-X999 | DOB: | | Sex: | Race: | |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: 04/01/2021 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 04/08/2021 | Service Type: C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $18.78 | $18.78 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $23.91 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CVAP | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $334.00 | $334.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $597.78 | $621.69 | -$23.91 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | CREDIT | CONV | 2021132 | 8309870 | $23.91 | C001 | 000 | | N | | | LAJ |
| 04/05/2021 | RECEIPT | AOCC | 2021132 | 8309860 | $18.78 | C001 | 000 | | N | | | LAJ |
| 04/05/2021 | RECEIPT | CVAP | 2021132 | 8309880 | $100.00 | C001 | 000 | | N | | | LAJ |
| 04/05/2021 | RECEIPT | CV05 | 2021132 | 8309890 | $334.00 | C001 | 000 | | N | | | LAJ |
| 04/05/2021 | RECEIPT | JDMD | 2021132 | 8309900 | $100.00 | C001 | 000 | | N | | | LAJ |
| 04/05/2021 | RECEIPT | VADM | 2021132 | 8309910 | $45.00 | C001 | 000 | | N | | | LAJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 4/1/2021 | 5:30 PM | ECOMP | COMPLAINT E-FILED. | BET012 |
| 4/1/2021 | 5:31 PM | FILE | FILED THIS DATE: 04/01/2021          (AV01) | AJA |
| 4/1/2021 | 5:31 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 4/1/2021 | 5:31 PM | ASSJ | ASSIGNED TO JUDGE: CLARK STANKOSKI    (AV01) | AJA |
| 4/1/2021 | 5:31 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 4/1/2021 | 5:31 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 4/1/2021 | 5:31 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | AJA |
| 4/1/2021 | 5:31 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 4/1/2021 | 5:31 PM | C001 | C001 PARTY ADDED: KEVIN ANDREWS, DECEASED DOLORES | AJA |
| 4/1/2021 | 5:31 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 4/1/2021 | 5:31 PM | C001 | LISTED AS ATTORNEY FOR C001: BETHEA BRITT VENTSON | AJA |
| 4/1/2021 | 5:31 PM | C001 | LISTED AS ATTORNEY FOR C001: GREENE JAMES DAVID J | AJA |
| 4/1/2021 | 5:31 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 4/1/2021 | 5:31 PM | C002 | C002 PARTY ADDED: ESTATE OF JOSEPH ANDREWS, DECEAS | AJA |
| 4/1/2021 | 5:31 PM | C002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 4/1/2021 | 5:31 PM | C002 | LISTED AS ATTORNEY FOR C002: BETHEA BRITT VENTSON | AJA |
| 4/1/2021 | 5:31 PM | C002 | C002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 4/1/2021 | 5:31 PM | C002 | LISTED AS ATTORNEY FOR C002: GREENE JAMES DAVID J | AJA |
| 4/1/2021 | 5:31 PM | D001 | D001 PARTY ADDED: BAILEY STEPHEN ANDREW    (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |

| Date | Time | Party | Action | User |
|---|---|---|---|---|
| 4/1/2021 | 5:31 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D001 | D001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D001 | CERTIFIED MAI ISSUED: 04/01/2021 TO D001   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D002 | D002 PARTY ADDED: MACK HUEY HOSS   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D002 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D002 | D002 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D002 | CERTIFIED MAI ISSUED: 04/01/2021 TO D002   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D003 | D003 PARTY ADDED: TOWN OF LOXLEY   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D003 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D003 | D003 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 4/1/2021 | 5:31 PM | D003 | CERTIFIED MAI ISSUED: 04/01/2021 TO D003   (AV02) | AJA |
| 4/8/2021 | 12:22 PM | D003 | SERVICE OF CERTIFIED MAI ON 04/08/2021 FOR D003 | AJA |
| 4/8/2021 | 12:23 PM | ESERC | SERVICE RETURN - D003 - COMPLAINT | |
| 4/8/2021 | 6:26 PM | D002 | SERVICE OF CERTIFIED MAI ON 04/08/2021 FOR D002 | AJA |
| 4/8/2021 | 6:26 PM | ESERC | SERVICE RETURN - D002 - COMPLAINT | |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 4/1/2021 5:29:34 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 4/1/2021 5:29:34 PM | 2 | COMPLAINT | | 7 |
| 4/1/2021 5:30:31 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 4/1/2021 5:30:31 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 6 |
| 4/8/2021 12:23:10 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 4/8/2021 12:23:08 PM | 5 | SERVICE RETURN | SERVICE RETURN - D003 - COMPLAINT | 1 |
| 4/8/2021 6:26:57 PM | 7 | SERVICE RETURN | SERVICE RETURN - D002 - COMPLAINT | 1 |
| 4/8/2021 6:27:03 PM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |

 **END OF THE REPORT**