IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of JOSEPH ANDREWS, deceased, | ) ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | |
| V. | ) ) | CASE NO.: 1:21-CV-00194-TFM-M |
| STEPHEN ANDREW BAILEY; HUEYHOSS MACK, and TOWN OF LOXLEY, | ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## DEFENDANT SHERIFF HUEY HOSS MACK'S MOTION TO DISMISS

COMES NOW Defendant Sheriff Huey "Hoss" Mack and moves this Honorable Court to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) based upon the following:

1. Plaintiff's state-tort wrongful death claims against Sheriff Mack are due to be dismissed because he enjoys absolute immunity pursuant to the *Constitution of Alabama, Article I § 14*.

2. Plaintiff does not state a cognizable constitutional claim.

3. To the extent that Plaintiff has stated a constitutional claim, Sheriff Mack is entitled to qualified immunity.

Respectfully submitted this 29th day of April 2021.

                                                      <u>s/J. Randall McNeill</u>
                                                      J. RANDALL MCNEILL (ASB-4841-E29J)
                                                      Attorney for Defendant Sheriff Huey Hoss Mack
                                                      WEBB MCNEILL WALKER PC
                                                      7475 Halcyon Pointe Drive (36117)

>Post Office Box 240909
>Montgomery, Alabama 36124
>(334) 262-1850 T
>(334) 262-1889 F
>rmcneill@wmwfirm.com
>jwillis@wmwfirm.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this the 29th day of April 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Britt V. Bethea
J. David Greene
GREENE & PHILLIPS, LLC
51 North Florida Street
Mobile, AL 36607
251-478-1115 – T
bbethea@greenephillips.com
jdgreene@greenephillips.com

Thomas O. Gaillard, III
HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
251-432-5521 – T
tog@helmsinglaw.com

>**/s/J. Randall McNeill**
>OF COUNSEL