IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of Joseph Andrews, deceased, | * * * * * * |
| Plaintiffs, | * * |
| v. | * CASE NO.: 1:21-CV-00194-TFM-M |
| STEPHEN ANDREW BAILEY; HUEY HOSS MACK; TOWN OF LOXLEY, et al., | * * * * |
| Defendants. | * * |

**PLAINTIFFS' RESPONSE TO
DEFENDANT SHERIFF HUEY HOSS MACK'S
<u>MOTION TO DISMISS</u>**

Come now, Plaintiffs, DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased and SARA A. JONES, as Personal Representative of the Estate of Joseph Andrews, deceased, by and through their undersigned counsel of record, and file their Response to Defendant Sheriff Huey Hoss Mack's Motion to Dismiss and state as follows:

The claims against Defendant Huey Hoss Mack are due to be dismissed. All claims against the other Defendants remain pending.

/s/ BRITT V. BETHEA
BRITT V. BETHEA (ASB-9988-I60B)
Attorney for Plaintiffs

OF COUNSEL:

GREENE & PHILLIPS
Attorneys at Law, LLC
51 North Florida Street
Mobile, Alabama 36607
(251) 478-1115

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this *24th day of May, 2021*, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Randall McNeill, Esq.
Webb, McNeill, Walker, P.C.
7475 Halcyon Pointe Drive
Montgomery, AL 36117
*(Counsel for Huey Hoss Mack)*

Thomas O. Gaillard, III, Esq.
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
150 Government St., Suite 2000
Mobile, AL 36602
*(Counsel for Stephen Bailey & Town of Loxley)*

/s/ BRITT V. BETHEA
BRITT V. BETHEA