IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased, *et al.*,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) CIV. ACT. NO. 1:21-cv-194-TFM-M ) |
| **STEPHEN ANDREW BAILEY, *et al.*,** | ) ) |
| **Defendants.** | ) |

**ORDER**

Pending before the Court is Defendant Sheriff Huey Hoss Mack's *Motion to Dismiss* (Doc. 2, filed April 29, 2021) and memorandum in support (Doc. 3, filed April 29, 2021), and Plaintiffs' *Response to Defendant Sheriff Huey Hoss Mack's Motion to Dismiss* (Doc. 6, filed May 24, 2021) in which they indicate that they do not object to Defendant Mack's motion and that the claims against him are due to be dismissed.  Accordingly, Defendant Sheriff Huey Hoss Mack's *Motion to Dismiss* (Doc. 2) is **GRANTED**.  The claims in this case against Defendant Sheriff Huey Hoss Mack are **DISMISSED without prejudice** with each party to bear their own attorneys' fees and costs.

This case remains pending against the other named Defendants.

**DONE** and **ORDERED** this the 17th day of June, 2021.

       s/Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES DISTRICT JUDGE