IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of JOSEPH ANDREWS, deceased, | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | CASE NO.: CV-2021-194-TFM-M |
| STEPHEN ANDREW BAILEY; HUEY HOSS MACK, and TOWN OF LOXLEY, | ) ) ) ) | |
| **Defendants.** | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on **September 2, 2021**, at **10:00 a.m**. and was attended by:

Britt V. Bethea for Plaintiff

Thomas O. Gaillard, III, for Defendants

The parties do not request a conference with the court before entry of the scheduling order.

1.   Brief Narrative Statements of the Parties:

**Plaintiff's Brief Narrative Statement of the Facts**

On April 1, 2019, Defendant Bailey was a peace officer employed by the Loxley Police Department and assigned to the Baldwin County, Alabama Sheriff's Office Special Operations Unit. Defendant Bailey initiated a high-speed chase on Interstate 10 in Baldwin County, Alabama, pursuing a Chevrolet Malibu driven by Dominic Scotti Garcia, Jr. Defendant Bailey initiated the high-speed chase because he observed Mr. Garcia impeding the flow of traffic and changing lanes without using a turn signal. After a period of time, the high-speed chase

proceeded eastbound in the westbound lanes of Interstate 10, against the flow of oncoming traffic. The chase lasted many miles, and gave Defendant Bailey time to deliberate whether or not to continue his high-speed pursuit of Mr. Garcia, particularly when Mr. Garcia began traveling eastbound in the westbound lanes of Interstate 10, against the flow of oncoming traffic. The chase concluded when Garcia's vehicle impacted the Plaintiffs' vehicle head-on, killing both of the Plaintiffs' deceased.

The Plaintiffs assert a state law wrongful death claim and a 42 U.S.C. § 1983 substantive due process claim against Defendant Bailey, and a 42 U.S.C. § 1983 municipal liability claim against and the Town of Loxley.

### Defendant's Brief Narrative Statement of the Facts

On April 1, 2019, Defendant Stephen Andrew Bailey was working with the Baldwin County Sheriff's Office Special Operations Unit on Interstate 10. After observing the driver of a Chevrolet Malibu vehicle impeding the flow of traffic, changing lanes without using a turn signal and other improper and/or suspect actions, Defendant Bailey attempted to initiate a stop of that vehicle. The driver of the Chevrolet Malibu attempted to elude Defendant Bailey and the driver of the Chevrolet Malibu ultimately caused a collision with the vehicle operated by Joseph Andrews and occupied by Kevin Andrews. The driver and occupants of the Chevrolet Malibu were killed as a result of this collision. In addition, Joseph Andrews and Kevin Andrews allegedly died as a result of the collision with the Chevrolet Malibu.

Defendant Stephen Andrew Bailey and the Town of Loxley deny any liability for the state and federal claims alleged against them in this lawsuit. Defendants specifically assert that the federal claims do not rise to the level of asserting viable constitutional claims against these Defendants. Defendants further assert that there is no basis for establishing any wrongful death claim against them under Alabama law. Finally, Defendants assert various affirmative defenses in response to these claims and allegations.

2. This jury action should be ready for trial by **January 2023** and at this time is expected to take approximately **2-3 days**.

3. The parties request a pretrial conference in **December 2022**.

4. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: The allegations of the Complaint and the denials and defenses raised by the Defendant in its Answer.

All discovery commenced in time to be completed by **July 29, 2022**.

5. Initial Disclosures. The parties will exchange by **September 23, 2021**, the information required by Fed.R.Civ.P. 26(a)(1).

6. The parties request until **November 19, 2021**, to join additional parties and amend the pleadings.

7. Reports from retained experts under Rule 26(a)(2) due:
From Plaintiff by **March 25, 2022**.
From Defendants by **May 27, 2022**.

8. Pretrial Disclosures. Final lists of witnesses and exhibits under Rule 26(a)(3) due by **twenty-one (21)** days prior to pretrial conference.

9. Discovery Limits.
Maximum of **30** interrogatories by each party to any other party. Responses due **30** days after service.
Maximum of **8** depositions by plaintiff and **8** by defendants. Each deposition limited to maximum of **7 hours** unless extended by agreement of parties.
Maximum of **20** requests for admission by each party to any other party. Responses due **30** days after service.
Maximum of **30** requests for production of documents by each party to any other party. Responses due **30** days after service.

10. All potentially dispositive motions filed by **August 19, 2022**.

11. Settlement cannot be evaluated prior to some discovery.

12. The parties anticipate that discovery in this matter will involve very limited production of Electronically Stored Information (ESI). The parties anticipate that the production of any ESI in this matter will be simple and have agreed that all ESI related to this matter should be produced in PDF form unless any different format of production is deemed necessary by the parties. The parties agree to work in good faith to resolve any issues regarding the production of ESI. At this time the parties feel that a full ESI production protocol is not necessary given the limited ESI anticipated in this case.

13. All parties shall be provided **five (5) days'** notice prior to the service of any non-party subpoena.

Date: September 9, 2021.

| | |
|---|---|
| */s/ Britt V. Bethea        [by Consent]* <br> BRITT V. BETHEA (BETHB9988) <br> J. DAVID GREENE <br> GREENE & PHILLIPS, LLC <br> 51 N. Florida Street <br> Mobile, AL 36607 <br> (251) 478-1115 <br> Email: BBethea@GreenePhillips.com <br> Email: JDGreene@GreenePhillips.com <br> *Attorneys for Plaintiffs* | */s/ Thomas O. Gaillard, III        [by Consent]* <br> THOMAS O. GAILLARD, III(GAILT9459) <br> HELMSING, LEACH, HERLONG, <br>  NEWMAN & ROUSE, P.C. <br> Post Office Box 2767 <br> Mobile, AL 36602 <br> (251) 432-5521 <br> Email: TOG@helmsinglaw.com <br> *Attorney for Defendants Town of Loxley <br> and Stephen Andrew Bailey* |