IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of JOSEPH ANDREWS, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN ANDREW BAILEY; HUEY HOSS MACK; TOWN OF LOXLEY, et al., <br><br> Defendants. | * * * * * * * * * * * * * * * * * * |

CASE NO.: 1:21-CV-00194-TFM-M

## NOTICE OF FILING DISCOVERY

Come now the Plaintiffs, by and through their attorney of record, and give notice to this Honorable Court of the following discovery served upon counsel of record:

*Plaintiff Dolores Andrews', Personal Representative of the Estate of Kevin Andrews, deceased Answers to Defendants' First Interrogatories & Requests for Production*

*Plaintiff Sara Jones', Personal Representative of the Estate of Joseph Andrews, deceased Unverified Answers to Defendants' First Interrogatories & Requests for Production*

/s/ BRITT V. BETHEA
BRITT V. BETHEA (ASB-9988-I60B)
Attorney for Plaintiffs

OF COUNSEL:

GREENE & PHILLIPS
Attorneys at Law, LLC
51 North Florida Street
Mobile, Alabama 36607
(251) 478-1115

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this *5th day of November, 2021*, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Thomas O. Gaillard, III, Esq.
    Helmsing, Leach, Herlong, Newman & Rouse, P.C.
    150 Government St., Suite 2000
    Mobile, AL 36602

                                                      **/s/ BRITT V. BETHEA**
                                                      BRITT V. BETHEA