IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of KEVIN ANDREWS, deceased; SARA A. JONES, as Personal Representative of the Estate of JOSEPH ANDREWS, deceased, | * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO.: 1:21-CV-00194-TFM-M |
| STEPHEN ANDREW BAILEY; HUEY HOSS MACK; TOWN OF LOXLEY, et al., | * * * * | |
| Defendants. | * * | |

## NOTICE OF FILING DISCOVERY

COME NOW the Plaintiffs, Dolores Andrews, as Personal Representative of the Estate of Kevin Andrews, deceased and Sara A. Jones, as Personal Representative of the Estate of Joseph Andrews, deceased, by and through the undersigned counsel of record, and give notice to this Honorable Court of the following disclosures served upon counsel of record:

*Plaintiff's Expert Disclosures*

/s/ BRITT V. BETHEA
BRITT V. BETHEA (ASB-9988-I60B)
Attorney for Plaintiffs

OF COUNSEL:

GREENE & PHILLIPS
Attorneys at Law, LLC
51 North Florida Street
Mobile, Alabama 36607
(251) 478-1115

## **CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this *25th day of March, 2022*, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Thomas O. Gaillard, III, Esq.
 Helmsing, Leach, Herlong, Newman & Rouse, P.C.
 150 Government St., Suite 2000
 Mobile, AL 36602

            **/s/ BRITT V. BETHEA**
            BRITT V. BETHEA