IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOLORES ANDREWS, as Personal Representative of the Estate of Kevin Andrews, deceased, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEPHEN ANDREW BAILEY, *et al.* | ) ) |
| Defendants. | ) ) |

CIV. ACT. NO. 1:21-cv-194-TFM-M

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on March 29, 2023, it is

**ORDERED, ADJUDGED, and DECREED** that Plaintiffs' federal claims are **DISMISSED with prejudice**. Plaintiffs' state law claims are **REMANDED** to the Circuit Court of Baldwin County.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 30th day of March, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE